FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD R. SOWLE; ROBERT D. SOWLE; and LINDA K. SOWLE-KOK,<br><br>      Plaintiffs,<br><br> v.<br><br>UNITED AIRLINES, INC., a Delaware corporation,<br><br>      Defendant. | NO: 4:17-CV-5142-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiffs' Motion to Dismiss with Prejudice and without Costs, ECF No. 7. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Dismiss with Prejudice and without Costs, **ECF No. 7**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 11, 2017.

                                    *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                     United States District Judge